38 A.3d 765

LaFaye GASKINS, Petitioner

v.

Peter F. ROGERS, Judge, Court of Common Pleas Philadelphia, Respondent.

No. 88 EM 2011.

Supreme Court of Pennsylvania.

Feb. 13, 2012.

## ORDER

PER CURIAM.

AND NOW, this 13th day of February, 2012, the Application for Leave to File Original Process is **GRANTED,** and the

454

Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.** The Prothonotary is directed to strike the jurist's name from the caption.